**Opinion issued September 21, 2021**



In The

# Court of Appeals

### For The

# First District of Texas

———————————————

### NO. 01-21-00087-CV

———————————————

### IN RE HYDROCHEM LLC, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, HydroChem LLC, has filed a petition for writ of mandamus challenging the trial court's order compelling production of documents in response to two production requests in the underlying case.[1] We deny the petition.

---

[1] The underlying case is *Nathen Bang v. HydroChem Industrial Cleaning LLC, et al.*, cause number 2020-18662, pending in the 133rd District Court of Harris County, Texas, the Honorable Jaclanel McFarland presiding.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Countiss.